IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

MADISON TITLE AGENCY, LLC,

    *Plaintiff-Appellant*,

    v.                               Case No.: 23-11742-H

BANK OF AMERICA, N.A.,

    *Defendant-Appellee.*

_____

**DEFENDANT-APPELLEE BANK OF AMERICA, N.A.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant-Appellee Bank of America, N.A., pursuant to 11th Cir. R. 26.1-1 through 26.1-3 and Fed. R. App. P. 26.1, hereby certifies that in addition to the persons and entities listed in Appellant Madison Title Agency, LLC's CIP and Corporate Disclosure Statement filed on June 13, 2023, the following persons and entities also have an interest in the outcome of this case:

    1.    Rosenbaum, Joseph I. (member of JREZ, LLC)

    2.    Zaks, Elliot S. (member of JREZ, LLC)

*Madison Title Agency, LLC v. Bank of America, N.A.*
Case No. 23-11742-H

Bank of America, N.A. is wholly owned by BAC North America Holding Company ("BACNAH"). BACNAH is a direct, wholly owned subsidiary of NB Holdings Corporation ("NB Holdings"). NB Holdings is a direct, wholly owned subsidiary of Bank of America Corporation. Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange (NYSE: BAC) and has no parent corporation. Based on the U.S. Securities and Exchange Commission Rules regarding beneficial ownership, Berkshire Hathaway Inc., 3555 Farnam Street, Omaha, Nebraska, 68131, beneficially owns greater than 10% of Bank of America Corporation's outstanding common stock.

Dated: June 22, 2023

*/s/ Matthew A. Fitzgerald*
Matthew A. Fitzgerald
Virginia Bar No. 76725
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: (804) 775-4716
F: (804) 698-2251
mfitzgerald@mcguirewoods.com

Jennifer R. Burbine
Georgia Bar No. 167807
MCGUIREWOODS LLP
Promenade
1230 Peachtree Street, NE

Suite 2100
Atlanta, GA 30309
T: (404) 443-5736
F: (404) 443-5798
jburbine@mcguirewoods.com

Richard H. Conner, III
North Carolina Bar No. 28480
MCGUIREWOODS LLP
201 North Tryon Street
Suite 3000
Charlotte, NC 28202
T: (704) 343-2137
F: (704) 444-8790
rconner@mcguirewoods.com

*Counsel for Defendant-Appellee*
*Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of electronic filing to all counsel of record who are registered CM/ECF users.

Dated: June 22, 2023         */s/ Matthew A. Fitzgerald*
                                               Matthew A. Fitzgerald

                                               *Counsel for Defendant-Appellee*
                                               *Bank of America, N.A.*