# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11742

_____

MADISON TITLE AGENCY, LLC,

                                                     Plaintiff-Appellant,

*versus*

BANK OF AMERICA, N.A.,

                                                     Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:20-cv-03674-VMC

_____

ORDER:

| | | |
|---|---|---|
| 2 | Order of the Court | 23-11742 |

Appellant's "Unopposed Motion to Seal Document and to File Redacted Version," requesting leave to file under seal its unredacted Civil Appeal Statement and to file a redacted version thereof, is GRANTED.

Appellant is DIRECTED to file a redacted Civil Appeal Statement within ten (10) days of the date of this Order.

/s/ Britt C. Grant
UNITED STATES CIRCUIT JUDGE